### 2615. JOHNSON *v.* ALABAMA & GEORGIA IRON CO.

The petition did not set forth a cause of action. Hence, the court did not err in sustaining the general demurrer.

DECIDED FEBRUARY 15, 1911.

Action for damages; from city court of Polk county—Judge Irwin. April 11, 1910.

*Trawick & Ault,* for plaintiff. *Bunn & Bunn,* for defendant.

POWELL, J. This is a hard case, and there is always a danger that hard cases will tempt judges into making decisions contrary to the law; and personally we regret that we have to give this case the end the law compels us to give it. A common laborer engaged in hazardous employment is hurt by one of the hazards of that employment. The only fault attributable to him (if such a thing can be called a fault) is that he exposed himself to these dangers in order to earn his daily bread. It does look hard that he must stand all the loss resulting from the injury. And yet, under the facts of this case and the law applicable thereto, such is the necessary result; for, despite the plausibility with which his able counsel have grouped the facts toward giving the case the appearance of being actionable as against the master, a careful study of the facts alleged shows that a legal cause of action does not exist.

*Judgment affirmed.*